AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 20, 2020**

SEAN F. McAVOY, CLERK

KEYBANK NATIONAL ASSOCIATION, an Ohio corporation,

*Plaintiff*

v.

SIERRA PETROLEUM, INC, a Washington corporation; and DUSTIN R. RAMSEY, a Washington resident,

*Defendant*

Civil Action No. 1:18-CV-3242-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Default Judgment (ECF No. 10) is GRANTED. Default judgment is entered against Defendants in the amount of $302,544.46. This total amount includes the principal loan amount, interest and fees on the loan, attorneys' fees, and costs. Defendants are jointly and severally liable. Post-judgment interest is allowed as provided in 28 U.S.C. § 1961.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Default Judgment (ECF No. 10)

Date: 07/20/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates